On June 20, 1997, we remanded this cause to the trial court for that court to enter specific findings as to the evidence relied upon and the reasons for revoking the appellant's probation, including a statement as to whether the court was reasonably satisfied that the charges against the appellant are true.
Pursuant to those instructions, the trial court issued an order stating that "[t]he court is reasonably satisfied by the evidence that the underlying charge of unlawful possession of a controlled substance pending in the Circuit Court of Marion County, Alabama, is true." Because the trial court failed to include in its order the evidence it relied upon and the reasons for revoking the appellant's probation, this cause must be again remanded to the trial court to enter specific findings as to the evidence relied upon and the reasons for revoking the appellant's probation.
REMANDED WITH INSTRUCTIONS.
All judges concur.
 On Second Return to Remand